SCWC-29314

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JAMES WAYNE SHAMBLIN aka STEVEN J. SOPER,
Petitioner/Defendant-Appellant.
(CR. NO. 06-1-0507(4))

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JAMES WAYNE SHAMBLIN aka STEVEN J. SOPER,
Petitioner/Defendant-Appellant.
(CR. NO. 07-1-016(4))

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 06-1-0507(4) and CR.NO. 07-1-0161(4))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, J., for the court[1])

The Application for Writ of Certiorari filed on
June 27, 2011 by Petitioner/Defendant-Appellant James Wayne
Shamblin aka Steven J. Soper is hereby rejected.

DATED:  Honolulu, Hawai'i, August 1, 2011.

FOR THE COURT:

Matthew S. Kohm for
Petitioner on the          /s/ Sabrina S. McKenna
application

Associate Justice



---

[1]  Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna JJ.